# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd Floor
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Quin Denvir*
*Federal Defender*

*Daniel J. Broderick*
*Chief Assistant Defender*

September 30, 2005

**FILED**

SEP 3 0 2005



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Victor Haltom
Attorney at Law
428 J Street, #350
Sacramento, CA 95814

Re:   **United States v. Scott Vogelsang**
      **Cr.S-02-151-MCE**

Dear Mr. Haltom:

This will confirm your appointment by the Honorable Morrison C. England, U.S. District Judge, to represent the above-name appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is a CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

*[signature]*

LUPE HERNANDEZ
Operations Administrator

:lh
Enclosures

cc: Clerks Office
    Ninth Circuit Court of Appeals

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 09C | Vogelsang, Scott | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| | Cr.S-02-151-MCE | | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | | 9. TYPE PERSON REPRESENTED | | 10. REPRESENTATION TYPE |
| U.S. v. Vogelsang | Appeal | | Appeallant | | TD |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)
Criminal Appea

12. ATTORNEY'S NAME AND MAILING ADDRESS
Victor Haltom, Esq.
428 J Street, #350
Sacramento, CA 95814

Telephone Number: (916) 444-8663

13. COURT ORDER

Date of Order: 9/7/05

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90 ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| | (Rate per hour = $ 90 ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE   FROM ___ TO ___
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | DATE | 34a. JUDGE CODE

**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**SCOTT VOGELSANG**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>SCOTT VOGELSANG,<br><br>Defendant and Appellant. | Case No. CR-S-02-0151-MCE<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that SCOTT VOGELSANG, the above-named defendant and appellant, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment imposed herein by the district court on September 6, 2005.

In this appeal, Mr. VOGELSANG will seek reversal of the aforementioned judgment on grounds which include, but are not limited to the following: {1} erroneous denial of pre-trial motions; {2} error during the course of Mr. VOGELSANG'S jury trial; {3} erroneous denial of post-verdict motions; and {4} sentencing error.

DATE: September 7, 2005                         Respectfully Submitted,


                                                VICTOR S. HALTOM
                                                Attorney for Defendant/Appellant
                                                SCOTT VOGELSANG