IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
|  | CIV S-07-0247-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 194). On February 28, 2007, the court directed respondent to file a response to movant's § 2255 motion and movant's motion for leave to conduct discovery. Currently pending before the court is movant's letter request (Doc. 202 in the criminal docket) that his memorandum in support of his § 2255 motion be filed under seal. The proposed memorandum to be filed under seal has been scanned by the Clerk of the Court, but has not yet been made available on the court's public docket.

/ / /

/ / /

/ / /

1

1        Eastern District of California Local Rule 39-141 governs the sealing of

2 documents.  Rule 39-141(b) requires that any request to seal must "set forth the statutory or other

3 authority for sealing, the requested duration, and all other relevant information."  In this case,

4 movant's request to seal his supporting memorandum does not specify the authority for sealing,

5 nor does it specify a duration.  Movant will be given an opportunity to supplement his request.

6 Movant is cautioned that, if no supplemental request to seal is filed within the time provided

7 herein, the court will deem the request abandoned and will direct the Clerk of the Court to file

8 the document unsealed.

9        Accordingly, IT IS HEREBY ORDERED that movant's request to seal his

10 memorandum in support of his § 2255 motion is denied without prejudice to renewal within 20

11 days of the date of this order.

13 DATED:  March 7, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE