# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
| | CIV S-07-0247-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |
| _____/ | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 194). Pending before the court is respondent's motion for an extension of time to comply with the court's February 28, 2007, order. Good cause appearing therefor, the request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (Doc. 205 in the criminal docket) is granted; and

///

///

///

1

2. Within 60 days of the date of this order, respondent shall file a response to movant's motion pursuant to 28 U.S.C. § 2255 and to movant's motion for leave to conduct discovery.

DATED: April 3, 2007.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE