IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
| | CIV S-07-0247-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |
| _____/ | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 194). Movant has asked for leave to file the memorandum supporting his § 2255 motion under seal. On March 8, 2007, the court denied that request without prejudice to renewal because movant failed to make the showing required by the court's rules. Movant has not renewed his request (Doc. 207). Respondent will be directed to file a response to petitioner's renewed motion to seal, along with its responses to the § 2255 motion and movant's request to conduct discovery, both currently due June 4, 2007.

///

///

///

1

1       Accordingly, IT IS HEREBY ORDERED that, on or before June 4, 2007, in
2  addition to a response to the § 2255 motion and movant's request for leave to conduct discovery,
3  respondents shall also file a response to movant's renewed motion to seal.

5  DATED:  April 19, 2007.

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE