**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
| Respondent, | CIV S-07-0247-MCE-CMK |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |
| _____/ | |

   Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255 (Doc. 194). Movant has requested the appointment of counsel (Docs. 185 & 186). There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

/ / /

/ / /

1

Movant has also requested an extension of time to file a response to the government's opposition to his § 2255 motion. Good cause appearing therefor, the request will be granted.

All other pending motions will be addressed in the court's decision on the merits.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for appointment of counsel is denied;

2. Movant's request for an extension of time to file a response to the government's opposition is granted; and

3. Movant may file his response within 30 days of the date of this order.

DATED: July 23, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2