1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
| --- | --- |
| Respondent, | CIV S-07-0247-MCE-CMK |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |
| _____/ | |

      Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. Movant has requested the appointment of counsel (Docs. 228 & 233). There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

      All other pending motions will be addressed in the court's decision on the merits.

1
2
3
4   Accordingly, IT IS HEREBY ORDERED that movant's motions for appointment
5 of counsel (Docs. 228 and 233) are denied.
6
7
8   DATED: February 12, 2008
9                                          _____
                                           **CRAIG M. KELLISON**
10                                         UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26