IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
| Respondent, | CIV S-07-0247-MCE-CMK |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  Pending before the court is movant's motion for a 45-day extension of time to file objections to the court's April 8, 2008, findings and recommendations.  Good cause appearing therefor, the request is granted.  The parties may file objections within 45 days of the date of this order.

IT IS SO ORDERED.

DATED: April 23, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26