IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S–02-0151-MCE-CMK |
| | CIV S-07-0247-MCE-CMK |
| Respondent, | |
| vs. | ORDER |
| SCOTT MICHAEL VOGELSANG, | |
| Movant. | |
| _____/ | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 8, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. Timely objections to the findings and recommendations have been filed.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 8, 2008, are adopted in full; and

2. Movant's 28 U.S.C. § 2255 motion (Doc. 194 in the criminal docket) is denied;

3. All other pending motions (Docs. 195, 213, and 219 in the criminal docket) are denied as moot; and

4. The Clerk of the Court is directed to close companion civil case no. CIV S-07-0247-MCE-CMK.

Dated: June 18, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE