IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　vs.<br><br>SCOTT MICHAEL VOGELSANG,<br><br>　　　　Movant.<br>_____/ | No. CR S–02-0151-MCE-CMK<br>　　 CIV S-07-0247-MCE-CMK<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, appeals this court's June 19, 2008, order denying his motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  Pending before the court are movant's motions for appointment of counsel (Doc. 256 in the criminal docket) and for leave to proceed in forma pauperis on appeal (Doc. 257 in the criminal docket).  Because this matter is on appeal to the United States Court of Appeals for the Ninth Circuit, movant's motion are denied without prejudice to renewing them in that court.

　　　　IT IS SO ORDERED.


DATED:  July 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1