IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　vs.<br><br>SCOTT MICHAEL VOGELSANG,<br><br>　　　　　Movant.<br>_____/ | Dist. Ct. Nos.　2:02-cr-00151-MCE-CMK<br>　　　　　　　　　2:07-cv-00247-MCE-CMK<br>Ninth Cir. No. 08-16630<br><br>ORDER |

　　　　Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. Pending before the court is movant's request for a certificate of appealability (Doc. 252 in the criminal docket).

　　　　Movant has timely filed a notice of appeal of this court's denial of his motion under 28 U.S.C. § 2255. Before movant can appeal this decision, a certificate of appealability must issue under 28 U.S.C. § 2253(c). See Fed. R. App. P. 22(b); see also 28 U.S.C. § 2255. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.

1  See Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's April 8, 2008,

2  findings and recommendations, movant has not made a substantial showing of the denial of a

3  constitutional right.

4       Accordingly, IT IS HEREBY ORDERED that:

5    1.    Movant's request for a certificate of appealability is denied; and

6    2.    The Clerk of the Court is directed to send a copy of this order to the Ninth Circuit

7  Court of Appeals, attention Susan Gelmis.

8  Dated:  October 17, 2008

10  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE