UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT M. VOGELSANG,                          No. 2:02-cr-00151 MCE

        Plaintiff,

   v.                                          ORDER

UNITED STATES OF AMERICA,

        Defendant.

----oo0oo----

The Court is in receipt of Plaintiff's Motion for Relief to Set Aside Judgement under Rule 60 (ECF No. 263).  Given the trial's outcome, and the United States Court of Appeals for the Ninth Circuit's affirmation of this Court's decision (ECF No. 191), Plaintiff Scott Vogelsang's Motion to set aside the judgment is DENIED.

IT IS SO ORDERED.

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1