1
2
3
4
5
6           **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    UNITED STATES OF AMERICA,            CR S-02-0151-MCE-CMK

10              Plaintiff,

11         vs.                            ORDER

12   SCOTT MICHAEL VOGELSANG,

13              Defendant.

14   _____/

15         Pending before the court is defendant's motion for issuance of a certificate of appealability

16   (ECF No. 268).  Specifically, defendant seeks to appeal the court's January 14, 2011, order

17   denying his motion to set aside the judgment under Federal Rule of Civil Procedure 60.  Because

18   a certificate of appealability is not required to appeal the denial of a Rule 60 motion in a criminal

19   case, and because the docket reflects that defendant has already filed an appeal of the January 14,

20   2011, order (See ECF No. 265), the request for a certificate of appealability is denied as

21   unnecessary.

22         IT IS SO ORDERED.

23   Dated:  March 21, 2011

24

25                                        _____
                                          MORRISON C. ENGLAND, JR.
26                                        UNITED STATES DISTRICT JUDGE

                                        1