UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   No. 2:02-cr-00151 MCE

  Plaintiff,

 v.   <u>ORDER</u>

SCOTT M. VOGELSANG,

  Defendant.

----oo0oo----

Presently before the Court is Defendant's Motion for Certificate of Appealability (ECF No. 268).  Given the trial's outcome, the United States Court of Appeals for the Ninth Circuit's affirmation of this Court's decision (ECF No. 191), this Court's denial of Defendant's Motion for New Trial (ECF No. 192), this Court's subsequent denial of Defendant's Motion to Vacate filed pursuant to 28 U.S.C. § 2255 (ECF No. 251), this Court's denial of Defendant's most recent Motion to Set Aside Judgment (ECF No. 264), and for the reasons stated in the Court's order denying Defendant's Motion to Set Aside Judgment, Defendant's Motion for a Certificate of Appealability is hereby DENIED.

IT IS SO ORDERED.

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE