UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:02-CR-00151-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT MICHAEL VOGELSANG, | |
| Defendant. | |

Defendant's Petition for Writ of Error Coram Nobis; Expungement (ECF No. 276) is DENIED.

IT IS SO ORDERED.

Dated: October 15, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1