UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-CR-00151-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT MICHAEL VOGELSANG, | |
| Defendant. | |

Defendant's Amended Petition for Writ of Error Coram Nobis; Expungement (ECF No. 284) is DENIED.

IT IS SO ORDERED.

Dated: November 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE